UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PHASE ONE NETWORK, INC.,

              Plaintiffs,

v.

YE f/k/a KANYE WEST d/b/a "YEEZY TECH," ALEX KLEIN, KANO COMPUTING LIMITED, STEMPLAYER LTD, GETTING OUT OUR DREAMS II, LLC, G.O.O.D. MUSIC, DEF JAM RECORDINGS, and UMG RECORDINGS, INC.,

              Defendants.
-------------------------------------------------------------X

Case No.: 1:22-cv-09511

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff PHASE ONE NETWORK, INC., hereby give notice that the above captioned action is voluntarily dismissed, without prejudice and without costs or attorneys' fees against defendants DEF JAM RECORDINGS and UMG RECORDINGS, INC.

Dated: New York, New York
       February 28, 2023

Respectfully submitted,
ADELMAN MATZ P.C.

By: _____
   Sarah M. Matz, Esq.
   Gary Adelman, Esq.
1173A Second Avenue, Suite 153
New York, New York 10065
Tel: (646) 650-2207
Email: sarah@adelmanmatz.com
Email: g@adelmanmatz.com
*Attorneys for Plaintiff*