```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  PHASE ONE NETWORK, INC,

                                          Plaintiff,                        22-CV-9511 (JPC) (KHP)

               -against-                                      **ORDER**

 YE f/k/a KANYE WEST d/b/a YEEZY TECH, et al.,

                                     Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the April 3, 2023 case management conference, the deadline for initial disclosures is **May 5, 2023**.

      A case management conference is scheduled May 17, 2023 at 4:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
               April 4, 2023

                                                  *Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge