UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PHASE ONE NETWORK, INC,

                                                    Plaintiff,

                     -against-

YE f/k/a KANYE WEST d/b/a YEEZY TECH, et al.,

                                               Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 5/13/2023

**22-CV-9511 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' letters regarding initial disclosures and a request for a stay pursuant to a motion to dismiss briefing order. (ECF No. 63, ECF No. 64.) The briefing schedule for a motion to dismiss Defendants Ye, Getting Out Our Dreams II, LLC, and G.O.O.D. Music (collectively "Ye Defendants") does not affect initial disclosure deadlines. The parties shall exchange initial disclosures.

Further, the order at ECF No. 62 granting the Ye Defendants' request to extend the motion to dismiss/answer deadline was only applicable to the Ye Defendants who moved for that extension. Plaintiff shall file requests for certificates of default against Foreign Defendants prior to the next conference.

       **SO ORDERED.**

DATED:      New York, New York
                 May 13, 2023

                                                        */s/ Katharine H. Parker*
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge