

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

August 7, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States District Judge
500 Pearl Street, Room 750
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2023
```

   Re: Phase One Network, Inc. v. Ye f/k/a Kanye West d/b/a "Yeezy Tech", et al
      Case No. 1:2022-cv-09511

Hon. Judge Parker:

  We are litigation counsel for the plaintiff, Phase One Network, Inc. ("Plaintiff") in the above-referenced action. We write pursuant to Rules I(b) and (c) of Your Honor's Individual Practices to request an extension of time of the Case Management Conference currently scheduled for August 8, 2023 at 10:45 a.m. [Dkt. No. 83].

  Motion to Dismiss Plaintiff's Complaint, filed on or about June 23, 2023 (the "Motion to Dismiss").

  On June 20, 2023, the Court scheduled a Case Management Conference for August 8, 2023 at 10:45 a.m. (the "August 8th Case Management Conference"). Plaintiff now requests an adjournment of the August 8th Case Management Conference to September 19, 2023, i.e. six (6) weeks. This will be the first adjournment of a case management conference in this case. One previous request for an adjournment was made, as Defendants Ye f/k/a Kanye West d/b/a "Yeezy Tech", Getting Out Our Dreams II, LLC, and Getting Out Our Dreams, Inc. a/k/a G.O.O.D. Music (collectively "Ye Defendants"), previously requested an adjournment of the Initial Case Management Conference, which Plaintiff opposed, and which was denied by the Court. [Dkt No. 54].

  The reason for this request is, given that the briefing schedule as to Ye Defendants' motion to dismiss was extended [Dkt. No. 90], and Plaintiff recently served its first set of discovery demands on Ye Defendants on July 25, 2023, it would be more fruitful to hold a case management conference in mid-September, at which point there will be more for the parties to report to the Court. Further, Plaintiff and Ye Defendants are continuing to engage in informal settlement discussions and believe that an adjournment of the August 8th Case Management Conference will

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1159 Second Avenue, Suite 153
New York, New York 10065

Office:
800 3rd avenue, 25th floor
New York, New York 10022

be beneficial in that regard. This extension request does not affect any other scheduled dates in this matter.

Counsel for Plaintiff and Ye Defendants have conferred and Ye Defendants are in agreement with the extension request.

Further, good cause exists for this request to be granted although the request was not made 48 hours prior to the conference, because upon preparation for the conference, the parties agreed that there was not a substantial amount of information to report to the Court and that in the interest of judicial economy the request for an adjournment should be made.

We greatly appreciate the Court's time and consideration, and should the Court need any additional information we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   8/7/2023

The parties' request to adjourn the conference scheduled on August 8, 2023 is denied. The conference scheduled for August 8, 2023 at 10:45 a.m. is converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

2