```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PHASE ONE NETWORK, INC,

                                         Plaintiff,                      22-CV-9511 (JPC) (KHP)

           -against-

                                                                       **ORDER**

YE f/k/a KANYE WEST d/b/a YEEZY TECH, et al.,

                                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the August 8, 2023 case management conference, Plaintiff shall make a settlement demand to the Ye Defendants by September 8, 2023. Additionally, **by September 8, 2023**, the parties shall file a joint status letter updating the Court on the status of discovery.

      SO ORDERED.

DATED:      New York, New York
                  August 8, 2023

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge