

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

121 SW MORRISON STREET
SUITE 400
PORTLAND, OR 97204
[p] 503-954-2232
[f] 503-227-0880
www.angelilaw.com

PETER D. HAWKES
[direct] 971-420-0220
PETER@angelilaw.com

**MEMO ENDORSED**

November 9, 2023

*Via ECF*

Hon. Katharine H. Parker
United States District Court for the Southern District of New York
550 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re:   *Phase One Network, Inc. v. Ye, et al.*, Case No. 1:22-cv-09511

Dear Judge Parker:

Pursuant to Rule V.f. of your Individual Practices in Civil Cases, on behalf of defendants Ye f/k/a Kanye West d/b/a "Yeezy Tech," Getting Out Our Dreams II, LLC ("GOOD II"), and G.O.O.D. Music (collectively, the "Ye Defendants"), we respectfully request that our client representative and the decision-making representative of the Ye Defendants' liability insurer be permitted to attend the November 16, 2023 Settlement Conference remotely.

Greg Nelson serves as general counsel for GOOD II and G.O.O.D. Music and as personal counsel for Ye, and will have full authority to settle this case on behalf of the Ye Defendants. Mr. Nelson, however, resides in San Diego, California, and due to other personal and professional commitments he has there, his attendance in person at the Settlement Conference presents a substantial hardship. Specifically, Mr. Nelson has a mediation in another matter on November 14; three in-person meetings on November 15 (when he would otherwise need to be traveling to New York); and another in-person meeting on November 17 (which would require an overnight flight back from New York). Mr. Nelson is prepared to attend the Settlement Conference remotely and will be available throughout the day to participate in all settlement discussions.

Marc Rindner represents the Ye Defendants' liability insurer. Mr. Rindner resides in Georgia, and he is scheduled to be in Miami, Florida for a family wedding on November 17, rendering his in-person attendance impossible. Like Mr. Nelson, Mr. Rindner is prepared to attend the Settlement Conference remotely and will be available throughout the day to participate in all settlement discussions.

If the Court would strongly prefer personal attendance, the Ye Defendants respectfully request in the alternative that the Settlement Conference be adjourned until a date when the

November 9, 2023
Page 2

Court and all parties and their counsel are available to attend in person. We understand that the Court's first available dates are in late January 2024. Counsel for Plaintiff has indicated that Plaintiff opposes adjourning the Settlement Conference until that time. The Ye Defendants also proposed engaging in private mediation in lieu of the Settlement Conference, but Plaintiff declined.

Please let us know whether Mr. Nelson's and Mr. Rindner's personal attendance will be excused at your earliest convenience, or alternatively, whether the Court will adjourn the Settlement Conference until all parties and counsel are available to attend in person.

Very truly yours,

Peter D. Hawkes

cc:    All counsel of record (via ECF)

**APPLICATION GRANTED:  The settlement conference in this matter scheduled for** <u>**Thursday, November 16, 2023 at 10:00 a.m.**</u> **in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby converted to the Zoom platform.  Counsel for the Defendants are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date allowing Judge Parker host rights to their Zoom account for this proceeding.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
**11/13/2023**