```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  PHASE ONE NETWORK, INC,

                                     Plaintiff,

                -against-

  YE f/k/a KANYE WEST d/b/a YEEZY TECH, et al.,

                                   Defendants.
-----------------------------------------------------------------X

**22-CV-9511 (JPC) (KHP)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A case management conference in this matter is hereby scheduled for **Wednesday, January 31, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    Status Letter.  The parties shall file a joint status letter by **Friday, December 22 2023**.

    **SO ORDERED.**

DATED:    New York, New York
               November 16, 2023

                                                */s/ Katharine H. Parker*
                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge