

Sarah M. Matz
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

November 21, 2023

**VIA ECF**
Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 905
New York, NY 10007

      Re:    *Phase One Network, Inc. v. Ye West d/b/a "Yeezy Tech", et al*
             Case No. 1:2022-cv-09511

Hon. Judge Ho:

      The parties, Phase One Network, Inc. ("Plaintiff") and Ye f/k/a Kanye West d/b/a "Yeezy Tech" ("Defendant West"), Getting Out Our Dreams II, LLC ("GOOD II"), and Getting Out Our Dreams, Inc. a/k/a G.O.O.D. Music ("GOOD Music") (collectively "Ye Defendants"), write jointly pursuant to this Court's Order entered on October 20, 2023 (the "Order") [Dkt. No. 107].

      **1.**      **Names of counsel and current contact information:** Names of counsel and current contact information as listed on the Court's docket are accurate.

      **2.**      **Statement of the Nature of the Case and Principal Defenses:** This is a copyright infringement case. Plaintiff alleges that Defendants are liable for direct, contributory, and vicarious copyright infringement arising from the alleged unauthorized use of samples from the song "South Bronx" (the "Work") in which Plaintiff claims to own 50% of the right, title, and interest in the Work, and 100% of the administration rights over the masters and compositions in the Work. Plaintiff has voluntarily dismissed its claims against defendants Def Jam Recordings and UMG Recordings, Inc. [Dkt. No. 42]. Defendants Alex Klein ("Klein"), Kano Computing Limited ("Kano") Stemplayer, LTD ("Stemplayer LTD") have failed to appear and are in default[1]. Ye Defendants have, through a motion to dismiss, asserted defenses of lack of subject matter jurisdiction, failure to state a claim, and failure to join a necessary party, as well as the affirmative defense of fair use. The Ye Defendants may assert additional defenses and affirmative defenses in the event they are required to file an answer in this case.

      **3.**      **Jurisdiction and Venue:** Plaintiff contends that the Court has subject matter jurisdiction over this action. The claims here allege violations of federal statutes including the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, and as such the Court has federal question

---

[1] The Clerk of Court entered a Certificate of Default as to Klein, Kano, and Stemplayer LTD on May 16, 2023 [Dkt. 72]. Plaintiff intends to move for default judgment against Klein, Kano, Stemplayer.

Adelman Matz P.C.
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1159 Second Avenue, Suite 153
New York, New York 10065

Office:
800 Third Avenue, 25th Floor
New York, New York 10017

Doc ID: 568dc096f8eaeef1cc70528bb53a3bf4d31a781b

jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a). The Ye Defendants contend that the Court lacks subject matter jurisdiction because Plaintiff lacks Article III standing. Jurisdiction and venue are proper under NY CPLR § 302 and 28 U.S.C. § 1391(b)(3) respectively as the Infringing Track and the Stemplayer on which it was distributed was sold in within the State of New York and within this District. Moreover, Ye Defendants agreed to waive any objections and defenses based on personal jurisdiction [Dkt. 50].

**4.** **Existing Deadlines:** The current deadline to amend pleadings is January 6, 2024, and the deadline to conclude discovery is January 29, 2024 [Dkt. 110]. The deadline for expert discovery is March 13, 2024 [Dkt. 77]. On December 22, 2023, the parties are required to submit a joint status letter on the parties' deposition schedule and any third-party discovery that has been served.

**5.** **Existing Conference Dates:** There is an in-person Case Management Conference scheduled for January 31, 2024, at 11:30 AM where the parties will further report on the status of discovery [Dkt. 114].

**6.** **Description of Outstanding Motions:** Ye Defendants filed a Motion to Dismiss the Complaint on June 27, 2023 under Fed. R. Civ. P. 8(a), 12(b)(1), (6), and (7) [Dkt. 84]. Plaintiff opposed this motion on September 22, 2023 [Dkt. 100]. The motion was fully briefed on October 20, 2023. [Dkt. 108]. As further described below, Plaintiff intends to amend the Complaint.

**7.** **Pending Appeals:** There are no pending appeals.

**8.** **Discovery Undertaken to Date:** Plaintiff served its discovery demands and interrogatories on Ye Defendants on July 25, 2023. Ye Defendants served written responses on September 9, 2022, followed by a first volume of document production on October 11, 2023, and a smaller second volume of document production on October 27, 2023, which Plaintiff is in the process of reviewing. Plaintiff intends to meet and confer regarding Ye Defendants' written responses and their production. Ye Defendants served discovery demands and interrogatories on Plaintiff on October 11, 2023. Plaintiff's current deadline to serve written responses and objections is December 4, 2023. The parties intend to serve deposition notices and conduct depositions in December and January.

**9.** **Prior Settlement Discussions:** Plaintiff made a settlement demand in September of 2023, which Ye Defendants countered to. A virtual Settlement Conference was held on November 16, 2023, and there was no agreement reached. At the Settlement Conference, Plaintiff countered with a new demand to the Ye Defendants based on Ye Defendants earlier counter, and Ye Defendants have not yet returned with a counteroffer.

**10.** **An Estimate of the Length of Trial:** The parties anticipate that trial of this case will require five days.

**11.** **Other Information:** Plaintiff does intend to amend the Complaint either by agreement if one can be reached or motion, to *inter alia*, include Yeezy LLC, which Plaintiff recently learned was involved based on the Ye Defendants' document production. Plaintiff may amend other areas of the Complaint as well and intends to meet and confer to try to reach agreement on leave to amend with the Ye Defendants.

We appreciate the Court's time and consideration, and should Your Honor need further information or wish to discuss, we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.                              ANGELI LAW GROUP LLC

Sarah M. Matz, Esq.                            Peter D. Hawkes, Esq.
*Attorneys for Plaintiff*                      *Attorneys for Ye Defendants*

Doc ID: 568dc096f8eaeef1cc70528bb53a3bf4d31a781b