

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2024

PETER D. HAWKES
[*direct*] 971-420-0220
PETER@angelilaw.com

**APPLICATION GRANTED**: The case management conference in this matter scheduled for **January 31, 2024, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE     1/25/2024

January 23, 2024

*Via ECF*

Hon. Katharine H. Parker
United States District Court
550 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re:   *Phase One Network, Inc. v. Ye, et al.*, Case No. 1:22-cv-09511

Dear Judge Parker:

Counsel for defendants Ye f/k/a Kanye West d/b/a "Yeezy Tech," Getting Out Our Dreams II, LLC ("GOOD II"), and G.O.O.D. Music (collectively, the "Ye Defendants") and plaintiff Phase One Network, Inc. jointly request that the case management conference scheduled for January 31, 2024 at 10:00 a.m. be held remotely.

The Ye Defendants' counsel is located in Portland, Oregon, and would be required to travel across the country to attend the case management conference in person. The parties have been working together cooperatively with respect to discovery and amendment of the pleadings, and they expect the case management conference will be relatively brief. Accordingly, a remote conference would be the best use of the parties' resources.

Respectfully submitted,

ADELMAN MATZ P.C.                           ANGELI LAW GROUP LLC

*/s/ David Marcus*                          */s/ Peter D. Hawkes*

David Marcus, Esq.                          Peter D. Hawkes, Esq.
*Attorneys for Plaintiff*                   *Attorneys for the Ye Defendants*