**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PHASE ONE NETWORK, INC,

                            Plaintiff,

              -against-

YE f/k/a KANYE WEST d/b/a YEEZY TECH, et al.,

                           Defendants.

-----------------------------------------------------------------X

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __2/20/2024__ |

**22-CV-9511 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        Non-party UMG/Def Jam Records is directed to file any sealing/redaction request related to the joint letter motion at ECF No. 123 by **Tuesday, February 27, 2024**.

        **SO ORDERED.**

DATED:      New York, New York
             February 20, 2024

                                  _____

                                   KATHARINE H. PARKER
                                   United States Magistrate Judge