SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 11, 2024
New York, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PHASE ONE NETWORK, INC., | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: 1:22-cv-09511 (DEH) (KHP) |
| YE f/k/a KANYE WEST d/b/a "YeezyTech", ALEX KLEIN, KANO COMPUTING LIMITED, STEMPLAYER, LTD, GETTING OUT OUR DREAMS II, LLC, G.O.O.D. MUSIC, and YEEZY LLC, | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) PHASE ONE NETWORK, INC. and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the remaining defendants Alex Klein, Kano Computing Limited, and Stemplayer, Ltd.

Date: October 9, 2024

*John Werner*

*Signature of plaintiffs or plaintiff's counsel*

1159 Second Avenue, Suite 153
*Address*

New York, New York 10065
*City, State & Zip Code*

(646) 650-2207
*Telephone Number*